# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ARTHUR F. FORD & JENNIFER E. FORD  
2630 SKOKIE DRIVE  
ROCKFORD, IL  61108  

SSN-xxx-xx-1886 & xxx-xx-7011

Case Number: 06-72199

Case filed on: 11/21/2006  
Plan Confirmed on: 2/16/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $18,000.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 017 | NATIONAL FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ILLINOIS DEPARTMENT OF REVENUE | 1,444.56 | 1,444.56 | 0.00 | 0.00 |
|  | Total Priority | 1,444.56 | 1,444.56 | 0.00 | 0.00 |
| 999 | ARTHUR F. FORD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 1,731.43 | 1,000.00 | 605.55 | 0.00 |
| 002 | CITIZENS FINANCE | 4,136.24 | 4,136.24 | 4,136.24 | 347.46 |
| 003 | COUNTRYWIDE HOME LOANS INC | 4,982.85 | 4,982.85 | 3,017.38 | 0.00 |
| 004 | OCWEN LOAN SERVICING LLC | 7,300.76 | 195.50 | 195.50 | 0.00 |
| 005 | WFS FINANCIAL | 5,818.65 | 5,818.65 | 5,623.20 | 626.80 |
|  | Total Secured | 23,969.93 | 16,133.24 | 13,577.87 | 974.26 |
| 002 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK IT | 379.38 | 379.38 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 358.77 | 358.77 | 0.00 | 0.00 |
| 012 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 243.05 | 243.05 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,025.27 | 1,025.27 | 0.00 | 0.00 |
| 015 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PORTFOLIO RECOVERY ASSOCIATES | 581.91 | 581.91 | 0.00 | 0.00 |
| 021 | PREMIER BANKCARD/CHARTER | 625.42 | 625.42 | 0.00 | 0.00 |
| 022 | RESURGENCE FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 1,238.10 | 1,238.10 | 0.00 | 0.00 |
| 024 | ROUNDUP FUNDING LLC | 469.49 | 469.49 | 0.00 | 0.00 |
| 025 | LAURA FORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ASSET ACCEPTANCE CORP | 638.03 | 638.03 | 0.00 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 612.47 | 612.47 | 0.00 | 0.00 |
| 028 | ILLINOIS DEPARTMENT OF REVENUE | 326.84 | 326.84 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,498.73 | 6,498.73 | 0.00 | 0.00 |
|  | Grand Total: | 34,113.22 | 26,276.53 | 15,777.87 | 974.26 |

Total Paid Claimant:      $16,752.13  
Trustee Allowance:        $1,247.87  
Percent Paid Unsecured:        0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  /s/Heather M. Fagan